IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01974-BNB

CHARLES D. DUNHAM,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____

ORDER DRAWING CASE

_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the

court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be placed on the AP docket.  Accordingly, it is

ORDERED that this case shall be placed on the AP docket.

DATED August 4, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01974

Charles D Dunham
12801 Lafayette St #A102
Thornton, CO 80241

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 4, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                              Deputy Clerk