IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01974-AP

CHARLES D. DUNHAM,

    Plaintiff, *Pro Se*,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Charles D. Dunham
Plaintiff, *Pro Se*
12801 Lafayette St. A102
Thornton, CO 80241
(480) 313-6145

For Defendant:

M. Thayne Warner
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7237
(303) 844-0770 (fax)
thayne.warner@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is an appeal of a Social Security benefits application. The Court has jurisdiction pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:   **August 1, 2011**
    B.    Date Complaint was Served on U.S. Attorney's Office:   **November 26, 2011**
    C.    Date Answer and Administrative Record Were Filed:   **January 24, 2012**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff may intend to submit additional evidence.

Defendant does not intend to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.      BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief:    **March 24, 2012**
    B.    Response Brief due:           **April 23, 2012**
    C.    Reply Brief due:              **May 8, 2012**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: The Plaintiff does not request oral argument.
    B.    Defendant's Statement: The Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( **X** )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( )          All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 14th day of February, 2012

BY THE COURT:

<u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

<u>/s/ Charles D. Dunham</u> [1]
Charles D. Dunham
12801 Lafayette St. A102
Thornton, CO 80241
(480) 313-6145

Plaintiff, *Pro Se*

JOHN F. WALSH
United States Attorney

WILLIAM PHARO
Chief, Civil Division
United States Attorney's Office
District of Colorado
william.pharo@usdoj.gov

<u>/s/ M. Thayne Warner</u>
M. Thayne Warner
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
(303) 844-7237
(303) 844-0770 (fax)
thayne.warner@ssa.gov

Attorneys for Defendant

---

[1] Attorney for Defendant contacted *pro se* Plaintiff by telephone on February 13, 2012, and secured his agreement on each JCMP term. *Pro se* Plaintiff was asked, and did not object to Attorney for Defendant typing his name in the signature field of this document to represent his agreement on the terms of the JCMP.