IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **11-cv-1974-AP**

**CHARLES D. DUNHAM,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On March 30, 2012, this court issued an Order to Show Cause directing the plaintiff to show cause in writing no later than April 17, 2012, why this case should not be dismissed for failure to prosecute. Plaintiff has neither responded to the Order to Show Cause nor filed an Opening Brief in furtherance of his case. It is, therefore

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

DATED at Denver, Colorado this 20th day of April, 2012.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT